WALTER BARRY v. ADAMS EGG FARMS, INC., *ET AL.*

November 4, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD WILSON

November 4, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. DAVID C. PARKER

November 17, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. FRANK A. SWEENEY, JR.

November 17, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v.
FRANK WILLIAM SIMPSON, *ET AL.*

November 17, 1970.  Petition for certification denied.

STATE OF NEW JERSEY v. LE ROY WIGGINS

November 17, 1970.  Petition for certification denied.